UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JONATHAN NAGEL,<br><br>    Defendant. | Case No.  2:21-mj-00992-VCF<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore, the Court finds that:

1.    The assigned government attorney will be out of the district and unavailable at the current scheduled revocation date and time.

2.    The defendant is in custody and does not object to the continuance.

3.    The parties agree to the continuance.

4.    This is the first request for continuance filed herein.

IT IS HEREBY ORDERED that the Revocation Hearing currently scheduled on Tuesday, April 19, 2022 at the hour of 1:00 p.m., be vacated and continued to April 29, 2022 at the hour of 11:00 a.m. in LV Courtroom 3D.

DATED this 18th day of April, 2022.

_____
Honorable Judge Cam Ferenbach