# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN NAGEL,<br><br>Defendant. | Case No. 2:21-mj-00992-VCF-1<br><br>**ORDER** |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 7, 2022 at the hour of 4:00 p.m., be vacated and continued to August 22, 2022 at the hour of 4:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 16th day of June, 2022.

_____
UNITED STATES MAGISTRATE JUDGE