## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JONATHAN NAGEL,<br><br>         Defendant. | Case No. 2:21-mj-00992-VCF-1<br><br>**ORDER** |

   Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on August 22, 2022 at the hour of 4:00 p.m., be vacated and continued to September 21, 2022 at the hour of 4:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

   DATED this 15th day of August, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3